UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 08-cr-00165-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. Leland Hines
2. Kenneth Louis McGee,

    Defendants.

## ORDER

    A five day Jury Trial is **SET** for **Monday, June 23, 2008 at 9:00 a.m.**

Dated: May 29, 2008

                      BY THE COURT:

                      s/ Wiley Y. Daniel
                      Wiley Y. Daniel
                      U. S. District Judge