IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Criminal Case No. 08-cr-00165-WYD

UNITED STATES OF AMERICA,

  Plaintiff,

v.

1. LELAND HINES

  Defendant.
_____

**MINUTE ORDER**
_____

ORDER ENTERED BY CHIEF JUDGE WILEY Y. DANIEL

  A Notice of Disposition was filed by Defendant Leland Hines in the above matter on April 29, 2010. A Change of Plea hearing is set for **Wednesday, June 23, 2010 at 11:00 a.m. Counsel for the parties shall deliver all change of plea documents separately to Judge Daniel's chambers AND to the Probation Department not later than 72 HOURS before the hearing date.** If the documents are not timely submitted, the hearing will be **VACATED**. **There will be no exceptions to this policy, and sanctions may be imposed for failure to comply.**

  Dated: May 6, 2010.