UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Criminal Case No. 08-cr-00165-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

**1. LELAND HINES;**
2. KENNETH LOUIS MCGEE;
3. MIGUEL SANDERS,

    Defendants.

---

## **ORDER**

---

THIS MATTER came before the Court on Government's Motion to Dismiss Counts One, Two, Five, and Six of the Indictment. After a review of the file and the motion, it is hereby

ORDERED that Government's Motion to Dismiss Counts One, Two, Five, and Six of the Indictment [doc. #331], filed September 23, 2010, is **GRANTED.** It is further

ORDERED that Counts One, Two, Five, and Six of the Indictment in the above-captioned case are dismissed against defendant Leland Hines only.

Dated this 27th day of September, 2010.

                BY THE COURT:


                s/ Wiley Y. Daniel
                WILEY Y. DANIEL,
                CHIEF UNITED STATES DISTRICT JUDGE