IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Civil Action No. 13-cv-02378-WYD
(Criminal Action No. 08-cr-00165-WYD-1)

UNITED STATES OF AMERICA,

v.

LELAND HINES,

     Movant,

## ORDER DIRECTING MOVANT TO CURE DEFICIENCY

     Movant, Leland Hines, has filed a Motion Under 28 U.S.C. § 2255 to Vacate, Set Aside or Correct Sentence by a Person in Federal Custody (ECF No. 396).  As part of the Court's review pursuant to D.C.COLO.LCivR 8.1(b), the Court has determined that the submitted document is deficient because it was not filed on the court-approved form. Movant will be directed to cure the deficiency if he wishes to pursue any claims in this court in this action.  Accordingly, it is

     ORDERED that Movant, Leland Hines, cure the deficiency designated above **within thirty (30) days from the date of this order**.  Any papers that Movant files in response to this order must include the civil action number on this order.  It is

     FURTHER ORDERED that the Movant shall obtain the Court-approved Motion to Vacate, Set Aside, or Correct Sentence Pursuant to 28 U.S.C. § 2255 form (with the assistance of his case manager or the facility's legal assistant), along with the applicable instructions, at www.cod.uscourts.gov.  It is

FURTHER ORDERED that, if Movant fails to cure the designated deficiency **within thirty (30) days from the date of this order**, the action will be dismissed without further notice.  The dismissal shall be without prejudice.

Dated:  June 19, 2014

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
Senior United States District Judge