IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.   13-cv-02378-WYD
Criminal Action No.   08-cr-00165-WYD

UNITED STATES OF AMERICA,

      Plaintiff/s,

v.

1.  LELAND HINES,

      Defendant.

---

## FINAL JUDGMENT

---

Pursuant to and in accordance with Fed. R. Civ. P. 58(a) and the Order Denying

28 U.S.C. § 2255 Motion, filed on July 31, 2014, by the Honorable Wiley Y. Daniel,

Senior United States District Judge, and incorporated herein by reference as if fully set

forth, it is hereby

ORDERED that the amended Motion to Vacate, Set Aside, or Correct Sentence

Pursuant to 28 U.S.C. § 2255, filed on June 30, 2014 [ECF Doc. No. 401], is **DENIED.**

It is further

ORDERED that no certificate of appealability will issue because Applicant,

Leland Hines, has not made a substantial showing of the denial of a constitutional right

or a substantial showing that jurists of reason would find it debatable whether the

procedural ruling is correct and whether the underlying claim has constitutional merit.  It

is further

ORDERED that leave to proceed in forma pauperis on appeal is **DENIED.**  It is further

ORDERED that the original Motion to Vacate, Set Aside, or Correct Sentence Pursuant to 28 U.S.C. § 2255 [ECF Doc. No. 396] and Mr. Hines' request [ECF Doc. No. 398] for a ruling on the original Motion to Vacate, Set Aside, or Correct Sentence Pursuant to 28 U.S.C. § 2255 are **DENIED AS MOOT.**

ORDERED that Mr. Hines' request (ECF No. 402) for a ruling on the amended Motion to Vacate, Set Aside, or Correct Sentence Pursuant to 28 U.S.C. § 2255 is **DENIED AS MOOT.**  It is further

ORDERED that any other pending motions are **DENIED AS MOOT.**

DATED at Denver, Colorado this 1st day of August, 2014.

FOR THE COURT:

JEFFREY P. COLWELL, CLERK


/s/ Robert R. Keech
Robert R. Keech,
Deputy Clerk